EXHIBIT A

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
Yury Kapgan (Bar No. 218366)
yurykapgan@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

Kenneth K. Suh (Bar No. 283591)
kennethsuh@quinnemanuel.com
50 California Street, Suite #2200
San Francisco, California 94111
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700

Attorneys for Varian Medical Systems International AG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re* Ex Parte Application of<br><br>Varian Medical Systems International AG,<br><br>Applicant. | CASE NO.:<br><br>**[PROPOSED] ORDER GRANTING VARIAN'S EX PARTE APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN DISCOVERY FOR USE IN A FOREIGN PROCEEDING** |

This matter comes before the Court on the *Ex Parte* Application of Varian Medical Systems International AG ("Varian") for an Order to Obtain Discovery for Use in Foreign Proceeding pursuant to 28 U.S.C. § 1782(a) (the "Application"), which seeks documents from IMPAC Medical Systems, Inc. (collectively "Elekta") in connection with a foreign proceeding pending in Mannheim, Germany between Varian and Elekta.

The Court, having fully considered the papers on file and submitted herewith, and good cause appearing:

**HEREBY GRANTS** the Application of Varian.

**IT IS HEREBY ORDERED THAT VARIAN IS GRANTED LEAVE TO** issue a subpoena for documents in substantially the same form attached as Exhibit B to the Application, directing Elekta to produce the documents requested in the subpoena at the offices of counsel for Varian, Quinn Emanuel Urquhart & Sullivan LLP, 555 Twin Dolphin Dr., 5th Floor, Redwood Shores, California 94065, or another location mutually agreeable to Varian and Elekta.

It is furthered ORDERED that copies of the Application and Memorandum in Support thereof and this Order shall be mailed to the following:

> Elekta/IMPAC Medical Systems, Inc.,
> 100 Mathilda Place, 5th Floor,
> Sunnyvale, CA 94086

**IT IS SO ORDERED.**

Dated: _____   _____

United States District Judge